Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN R. WILLETT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; a foreign corporation; EQUIFAX, INC., a foreign corporation; FIRST PREMIER BANK, a foreign corporation; JEFFERSON CAPITAL SYSTEMS, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-00094-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

**WHEREAS** plaintiff, Steven R. Willett, and defendant Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///
///
///
///
///
///
///
///
///

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 13th day of May, 2016.                    DATED this 13th day of May, 2016.

**LAW OFFICE OF**                                    **SNELL & WILMER LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                             */s/ V.R. Bohman*
Kevin L. Hernandez, Esq.                             V.R. Bohman, Esq.
Nevada Bar No. 12594                                 Nevada Bar No. 13075
9555 S. Eastern Avenue, Suite 220A                   3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89123                              Las Vegas, Nevada 89169
kevin@kevinhernandezlaw.com                          vbohman@swlaw.com
*Attorneys for plaintiff*                            *Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Based on the parties' stipulation [ECF No. 22], which I treat as a joint motion under local rule 7-1(c) because it is not signed by all parties who have otherwise appeared in this case, and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: May 17, 2016.

_____
UNITED STATES DISTRICT JUDGE