Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN R. WILLETT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; a foreign corporation; EQUIFAX, INC., a foreign corporation; FIRST PREMIER BANK, a foreign corporation; JEFFERSON CAPITAL SYSTEMS, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-00094-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FIRST PREMER BANK WITH PREJUDICE** |

Plaintiff, Steven R. Willett ("Plaintiff"), and Defendant, First Premier Bank ("First Premier") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to First Premier, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 18, 2016

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 18, 2016

**BALLARD SPAHR LLP**

*/s/ Sylvia O. Semper*
Sylvia O. Semper, Esq.
Nevada Bar No. 12863
100 North City Parkway,
Suite 1750
Las Vegas, Nevada 89106
sempers@ballardspahr.com
*Attorneys for Defendant First Premier Bank*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST PREMIER BANK**

Pursuant to the stipulation of the Parties under FRCP 41(a), First Premier is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2016